MORRISON LAW GROUP
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § § **Roberto Gutierrez** § § **Debtor(s)** § § | CASE NO. 22-23122 <br><br> R. Kimball Mosier |

### MOTION TO VACATE ORDER OF DISMISSAL AND MOTION TO RESCHEDULED FIRST MEETING OF CREDITORS AND CONFIRMATION HEARING

Comes now Roberto Gutierrez (hereinafter "Debtor"), by and through counsel pursuant to FED. R. BANKR. P. 1018, and hereby moves this for an Order Vacating the Order of Dismissal signed on September 15, 2022 at docket 17. In support of Debtor's motion, Debtor represents the following:

1. Debtor filed the above referenced Chapter 13 petition on 8/15/2022 ("Petition Date").

2. Debtor's current monthly payments are $525.00.

3. On August 16, 2022 this court entered an Order allowing Debtor to pay his filing fee in installments directly to the court. Debtor mistakenly believed that the deadline to pay all filing fee installments was 9/23/22.

3. Debtor has since submitted the entire filing fee balance to the court.

WHEREFORE, Debtor prays this Court enter an Order Vacating the Order of Dismissal signed on September 15. 2022 at docket 17 and to reschedule the First Meeting of Creditors and the Confirmation Hearing.

Dated this: September 21, 2022

  /s/ Cory B. Cottam
Cory B. Cottam
Attorney for Debtors